**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 13 |
| PATRICIAL A PELLEGRINO | Case No.: 4:20-bk-03427-BMW |
| Debtor. | **ADVERSARY COMPLAINT TO** |
| | **DISCHARGE STUDENT LOANS** |

PATRICIA A PELLEGRINO

     Plaintiff

   vs.

US DEPARTMENT OF EDUCATION, and   ADV. PRO. CASE NO:

ASCENDIUM EDUCATION SOLUTIONS, INC.

Defendants

---

**Debtor's Complaint to Determine Federal Student Loans Discharged**

**For "Undue Hardship" under 11 U.S.C. § 523(a)(8)**
**Nature of Action**

1. This is an adversary proceeding by which the Debtor seeks a declaration that federal student loans constitute an undue hardship for the Debtor and should be discharged pursuant to section 523(a)(8) of the Bankruptcy Code.

**Jurisdiction and Venue**

2. On March 30, 2020, the Debtor filed a voluntary petition in the United States Bankruptcy Court for the District of Arizona for relief under 11 U.S.C. § 1328, Chapter 13 of the Bankruptcy code.

3. On May 16, 2025, the Debtor received a discharge, and the case was closed on August 25, 2025.

4. On February 12, 2026, the case was reopened.

5. The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334 and 157(a).

6. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

7. Venue is proper in this district pursuant to 28 U.S.C § 1409.

### Parties

8. Plaintiff, Patricia A Pellegrino, is the Debtor in the above captioned case. She is the recipient of federal student loans and is a resident of Tucson, Arizona.

9. Defendant U.S. Department of Education (ED) is a federal government agency that oversees and originates federal student loans. It is the originator and holder of the loans at issue.

10. Defendant Ascendium Education Solutions, Inc. is a guarantor of federal student loans under the FFEL program, and is a non-profit organization headquartered in Madison, Wisconsin.

### Factual Allegations

11. ED holds two (2) FFEL Stafford loans with an estimated cumulative balance over $33,000.

12. The interest rate is 6.55%

13. Ascendium holds seven (9) FFEL Stafford loans and one FFEL consolidation loan with an estimated cumulative balance over $358,000.

14. The interest rates range from 4.75% to 6.8%

15. These loans were taken out between 2003 and 2008.

16. The minimum payment under a standard plan is $3,368 a month for 10-years, and then $976 for an additional 15 years, for a total payout of $579,840.

17. While an IDR plan is less expensive, IDR requires 25 years of payments before forgiveness.

18. Even with the estimated forgiveness credit already accrued, she still has at least 15 years to before achieving forgiveness.

19. Pellegrino is 63 years old.

20. Forgiveness in 15 years would make her 78 years old.

21. Pellegrino would have been eligible for PSLF, but she was never made aware of the mechanics needed to qualify. Consequently, she has no credit towards PSLF.

22. Pellegrino is employed as a Ultrasound Technologist.

23. Due to Pellegrino's age and the statistical certainty of the physical stress that comes with her position, she will be retiring in the next few years.

24. Pellegrino also suffers from macular degeneration, which will most certainly cause her to stop working.

25. Pellegrino's current gross income is $88,000 per year and will significantly decrease upon retirement in a few years.

26. A standard payment of $3,368 represents 46% of her gross income.

27. Pellegrino is not married and must rely on herself for all income.

28. She has taken a few forbearances during the life of the loan.

29. Had Pellegrino been properly informed about PSLF requirements, her loan would have been forgiven already.

30. If Pellegrino defaults, the government can take 15% of her wages and social security, which would only make things worse for her.

31. Pellegrino cannot increase her income as she is already at the highest attainable position, and with her age, is not likely to find another position earning more income.

32. Further, based on Pellegrino's age and physical ailments, her income is not sustainable as she will retire in a few years.

33. Pellegrino has minimized her expenses as best possible as she prepares for retirement.

34. Pellegrino filed bankruptcy to free herself of financial burden to enable her to maintain a basic sense of living.

**Claim for Relief: Undue Hardship Discharge**

35. The Debtor repeats and realleges the allegations contained in paragraphs 1 through 34 of this Complaint as if fully set forth herein.

36. The repayment of federal student loans made to Pellegrino would be an undue hardship to her.

37. As a result, her federal student loan obligation should be discharged pursuant to Bankruptcy code section 523(a)(8).

WHEREFORE, the Debtor requests a judgment determining that her federal student loans are discharged pursuant to Bankruptcy Code section 523(a)(8).

Patricia Pellegrino consents to the bankruptcy court's entry of final orders or judgment.

Dated February 27, 2026

<div style="margin-left:auto">

Respectfully Submitted,
PATRICIA A PELLEGRION
By her attorney,
/s/Joshua Cohen
Joshua R.I. Cohen (pro hac vice)
Cohen Consumer Law, PLLC
PO Box 1040
St. Albans, VT 05478
Tel: 802-380-8887
Fax: 860-233-0339
jcohen@thestudentloanlawyer.com

</div>